UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2853 AHM (FFM) | | Date | June 16, 2008 |
|---|---|---|---|---|
| Title | JOSE ANTONIO AYROSOS MAGPANTAY v. IMMIGRATION AND CUSTOMS ENFORCEMENT DETENTION AND REMOVAL OPERATIONS | | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | | |
|---|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE NOTICE OF PETITIONER'S RELEASE

     On June 11, 2008, respondent filed a notice that petitioner has been released from custody. Respondent requests that the action be dismissed as moot now that petitioner is no longer being detained. Under these circumstances, the Court orders petitioner to show cause within 21 days of the date of this order why the petition should not be dismissed without prejudice for mootness.

| | : | |
|---|---|---|
| | Initials of Preparer | JM |