JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE ANTONIO AYROSOS MAGPANTAY,<br><br>    Plaintiff,<br><br>    v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT DETENTION AND REMOVAL OPERATIONS,<br><br>    Respondent. | No. CV 08-2853 AHM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 24, 2009

_____
A. HOWARD MATZ
United States District Judge

Make JS-6